Lynne B. Morgan, OSB #89099
Pacific Northwest Law, LLP
Email: lbmorgan@pacificnwlaw.com
1420 World Trade Center
121 SW Salmon Street
Portland, Oregon 97204
t. 503.222.2510  f. 503.222.0569

Attorney for Defendant Steven David Avery

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | CR 11-274 (HA) |
| v. | | MOTION TO WITHDRAW AS ATTORNEY OF RECORD |
| STEVEN DAVID AVERY, | | |
| Defendant. | | |

COMES NOW Lynne B. Morgan, attorney of record for Steven David Avery, and hereby moves this Court for an order allowing her to withdraw as counsel for Mr. Avery. The grounds for this motions are that my law firm has an actual conflict of interest and therefore I cannot ethically continue my representation of Mr. Avery in this case.

DATED this 8th day of September, 2011.

PACIFIC NORTHWEST LAW, LLP

/s/ *Lynne B. Morgan*
Lynne B. Morgan, OSB #89099
Attorney for Defendant Avery