Laurie Shertz LLC, OSB 96477
e: Laurie@LShertzlaw.com
121 SW Salmon, 11th Floor
Portland, OR  97204
tel: 503/471-1332
fax: 503/296-5669
Attorney for Steven Avery

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR 11-274 HA |
| Plaintiff, | |
| vs. | Notice of Appearance |
| **STEVEN AVERY,** | |
| Defendant. | |

Laurie Shertz hereby appears for Steven Avery, and requests all court notices and matters concerning be directed to her at the information listed below, or via PACER.

DATED this 14th day of September, 2011.

_____
LAURIE SHERTZ, OSB # 96477
503/471-1332
Attorney for Steven Avery

*United States v. Steven Avery*
*USDC Oregon CR 11-274 HA*
   Page 1 -    Notice of Appearance

LAURIE SHERTZ LLC, OSB #96477
121 SW SALMON STREET, 11TH FLOOR ・ PORTLAND, OR  97204
503-471-1332 ・ e: Laurie@LShertzlaw.com