IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DICSTRICT OF OREGON AT PORTLAND

FILED 07 JUN '12 14:30 USDC-ORP

Rec'd

---

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER  11-CR-274-HA. |
| PLAINTIFF, ) | |
| ) | MEMORANDUM IN SUPPORT |
| v. ) | OF MOTION TO DISMISS INDICTMENT |
| ) | WITH PREJUDICE |
| ) | INTENTIONAL FRAUD. |
| STEVN AVERY. ) | |

---

The Charges by and through the Indictment are predicated upon a document
wherein Relief cantnot be Granted.
Said Indictment is a Punitive Instrument wherein the charges can only
be addressed and or settled by Punitive means. Where the U.S. Attorney
and the Courts Conspire to prosecute the accused by Punitive Means only;
leaving the actual injured Party with no meanes of settling there lost
thru the Granting of Relief Upon the Charging Instrument.
Points Of Facts; The Charging Instrument In this Case revolve around
a series of a five count indictment of conspiiracy to Bank Robbery case
no. 11-Cr.-274-HA. wherein Steven Avery is alledged to have conspired
with others to rob banks. (see Indictment). Steven Avery is offered
a settlement constructed by the U.S. Attorney in the form of restitution
and, punitive damages of serving time in prison; howevervthese said
banks are suposetly insured deposits.
The Banks have not before the Grand Jury made any Fopmal Complaint or
Stated a claim, there is no Charging, other than the one filed with
the Portland Police Dpt. in the State of Oregon; Steven Avery was not
given the opprotunity to settle this Coplaint in the State of Oregon,
nor was he appraised of the facts of the fact that he had a right to
settle that Complaint in an Arrainment before the Superior Judge in
the State of Oregon, and settle the claim then and, there.

page 1.)

page-2.) memorandum in support to Dismiss Indictment.

THE BARE BONES INDICTMNET; Is a non-Chageable-Instrument upon which relief can be granted, in fact it is all but, impossible; so then this Indictment is then served upon the person in question Steven Avery, since Steven Avery can not afford an Attorney then the Court would then and, there appoint one to him at no cost to him; however at this point Steven is not given full Disclosure as to this appointment of counsel. Steven Avery is not told that under 28 USC §§2041 all monys paid into any court of the United States, or received by the office thereof, in any pending or adjudicated in such court, SHALL BE FORHTWITH deposited with the TREASURER OF THE UNITED STATES.OR A DESIGNED DEPOSITARY, in the Name and to the credit of such court.
This section SHALL not prevent the dilivery of any such money to the rightful owners upon security, according to agreement of Parties, under the direction of the court.

## Investment of Registry Funds.

Unless the statue requires the deposit of fund without leave of Court, no money Shall be sent to the Court or its Officers for deposit into the Court's registry without a court order signed by the presiding Judge in the case or proceeding.
2.) unless provided for elsewhere in this Rule, all money ordered to be paid intoothe Court or recieved by its Officers in any case pending or adjdicated Shall be deposited with the Treasure of United States in the name and, to the credit of this Court pursuant to 28 U.S.C. § 2041 through depositaries designated by the Treasury to accept such deposit on its behalf. (b) Ivestment of funds-
(1.) All funds deposited into the registry of the Court will be placed in some Interest Bearing Account. Unless otherwise ordered, the Court Registry Investment System (C.R.I.S.) administered through the United States District Court for the Southern District of Texas, shall be the investment mechanism authorized.
2.) Under CRIS, monies depositeddin each case under(a)(1) will be"pooled" together with those on deposit with Treasury to the credit of other courts in the CourttRegistry Investment System and used to purchase Securities which will be held at the Federal Reserve Bank of the Dallas/ Houston Branch, in a safekeeping account in the name and to the credit

page 3.)   _memorandum_in_support_to_dismiss_indictment._

of the Clerk, United States Court for the Southern District of Texas,
hereby designated custodian for the Court Registry Investment System.
3.)   An account for each case will be establish in the _CRIS_titled_
_in_the_Name_of_the_case_giving_rise_to_the_Investment_in_the_system._
Income recieved from fund investment will be distributed to each case
based on the ratio each account's principle and income has to the
aggregate principle and income total in the fund each week. Weekly
reports showing the income earned and the principle amounts contributed
to each court particpating in CRIS and made availabe to litigants and/
or their counsel.
_Registry_Investment_Fee._
1.)   The custodain is authorzed and directed by this Rule to deduct,
for maintaining accounts in the Fund, a fee equal to 10% of the income
earned.
2.)   No additional fee shall be assessed with respect to investments
for which a fee has already been deducted prior to the establishment
of CRIS in this district.

### _FIFTH_AMENDMENT_PROTECTION_  PROTECTION

Steven Avery in this case has the protection of the Fifth Amendment
wherein no one has the right to use another Person personal Private
property for the purpose of profit, Steven Avery has a private interest
in his personal private property and the proof thereof such a claim
and,,Steven Avery was not appraised of the facts stated in these dealing
beingcarried out in his name in fact there was no _Disclosure_whatever._
 It is the No-Disclosure of this case before the Court  that creates the premise for
Fraud, wherein the Indictment is the tool that creates upon which these non disclosed
Fraudulent Interest Bearing accouct Contract are put in place. Intentional is when
some act is meant to beidone in the _Objective_ in the _Act_ perpetratted.
This would mean that _Subjectively_ the _Fraud_ was therefore _Intentional._ It is against
the _Laws_ of this _Land_ to enter some one into _Profit_bearing_Contract_of_Interest_
without their _Expressed_Consent,and_or_Permission._ In some Penal Code of Law such
is also known as _Forgery_, wherein a person name is used for the purpose of profit
without that person's _Knowledge_or_Awareness._  _Knowledge_or_Awareness._

page 4.)   __memorandum in support to dismiss Indictment.__

### NON-DISCLOSURE:

1.) The failure or refusal to reveal something that either might be required to be revealed. Cf. Consealment.[CAses Fraud key-16.]nIt is clear that this Motion should be Granted, and maybe a Judicial Review is warranted for possible sanctions for those involved herein.

Steven T. Wax was as of Semptber 2011 the Trustee of the Fund. under 28 U.S.C. §2042 I.R 67-3 Withdrawal of Funds ( Sample Order to Disburse Monies).

Under the terms of Withdrawal under 2042, the Claimant or rightful Owner of said funds has a period of five yars to claim said funds; if however the funds are not Claimed then the Clerk then files a motion for unclaimed funds directly to the sentening Judge.

Here the ticket; how can a person claim somthing that has not been disclosed to him or her. If you do not have any knowledge of monies appropreated in your name, how then would you ever know to claim the monies. There is a very reasonable assumption that a crime of unlawful and Intentional Fraud was committed due to the mindfulness of the deception peretrated in the circumstances herein.

It is not Jurisprudance for the Court to act beyond its Judicial Power; Those appointed to represent the United States Justice Department do so by appointment of the Exseutive Chief of the United States to uphold that System and, protect and perserve the rights of the Amerrican People. It is not Jurisprudance for Members representing the Justice Department to act or proceed in a personal capacity such as ordering and, making Investment based on Bare Bones Indictment for the purpose of profit..

it is not jurisprudence for the court to act beyond its Judicial Power; Those Appointed to represent ~~U.S.A~~ United States ~~Justice~~ Justice Department ~~to~~ do so by the Appointment of the Executive Chief of the United States; to Upon that System and, Protect and preserve the Right of the American People. It is not jurisprudence for members representing the Justice Department to act or proceed in a personal Capacity such as Ordering and making investment based on "bare bones Indictments" for the ~~purpose of Profits;~~ *Start Here* for the Court or the Justice Department such would be a Travasey of the Justice intented to provide photction again. such ~~of~~ as this Intentional Fraud ~~Be perpetrated~~ perpetrated by the Court; Non-Disclosure in the use of Ones private property is a gross violation

of ones Constitutional right Under Article
V VII IV of the United States Constitution,
And Codes set forth herein in this
Motion for ~~Dram~~ an Oder Of Dismissal
With prejudice. Steven Avery requires
Of this Court to dismiss the Indictment
under said grounds as said Indictment
is unmistakebily an Instrument Used
for Fraudulent Intent ~~that~~

It is the Prayer Of Steven Avery
that this Court see the
need for Justice in the
Cases before the Bar and
the Courts that Represent
the People of the United States
in the Name Of Justice Not Profit
in such an illegal Manner.
          Thank You.

Closing
Statment
Check grammar
do not Change Wording!