FILED11 JUN'12 13:40USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OREGON AT PORTLAND.

| UNITED STATES OF AMERICA | ) | CASE NUMBER 11-Cr-274- HA. |
|---|---|---|
| PLAINTIFF, | ) | |
| | ) | MOTION TO RECLUSE THE HONORABLE: |
| V. | ) | JUDGE ANCER HAGGERTY. |
| | ) | CONCERNING A MOTION BEFORE HIS COURT |
| STEVEN AVERY. | ) | PETITION FOR WRIT OF HABEAS COURPUS |
| | ) | 2241 FAST AND, SPEEDY TRIAL VIOLATION, |
| | ) | AND MOTION TO DISMISS INDICIMENT FOR, |
| | ) | INTENTIONAL FRAUD. |

Comes now Steven Avery in Propia Persona, and Move this Court for a Request to Relcuse Honorable Judge Ancer Haggerty, from hearing the above mentioned Petition, and Motion that is scheuled for hearing on Wendsday 13, of June 2012. Judge Haggery is a Party to the Motion as well as the Petiton before his Court, and during the last appearence he strongly indicated that he was " quote" going to more than likely Deny the Motion" unquote. this statement is on record which is a matter of record. Also it would be unlikely for His Honor to rule against himself or be impartial where the matter of ruling on the Matters before his Court. In most case it is unatural to be Objective concerning a Matter when you are Sujectively and directly involved in the issue before the Court. Steven Avery feel that the Court should Grant this Motion for reasons set forth in this Motion and truely appreciates the Couts time and consideration.

Respectfully Submitted.

*Steven Avery*
STEVEN AVERY