UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.  

District Court Case No.:  3:11-CR-00274-HA

STEVEN DAVID AVERY

District Court Trial Judge: Ancer L. Haggerty

Defendant.

NOTICE OF APPEAL

(a) <u>Notice of Appeal</u>: Notice is given to the United States Court of Appeals for the Ninth Circuit that Defendant, Steven David Avery, appeals from the following:

____ Conviction only (Fed. R. Crim. P. 32(b)).

__X__ Conviction <u>and</u> sentence.

____ Sentence only (18 U.S.C. § 3742).

____ Order (Specify title, nature and date of entry of the order appealed from)

_____

(b) <u>Sentence imposed</u>:   Imprisonment for 151 months on Counts 3 and 5 to be served concurrently. Supervised release of 3 years , Restitution of $6,381.00    $200 fee assessment.

(c) <u>Bail Status</u>:   Custody

ENTERED on behalf of the Defendant this __6th__ day of __February, 2013__.

_____  
Deputy Clerk

_____  
Counsel for Appellant

Is a Transcript Required on Appeal?        ____ Yes        ____ No  
Name of Court Reporter: ____Nancy Walker____

Note:    If transcript is required, Appellant's counsel must complete the Transcript Order Form (CA 9-036) and make appropriate financial arrangements with the court reporter.