IN THE UNITED STATES DISTRICT COURTS
DISTRICT OF OREGON
AT PORTLAND

FILED 19 FEB '13 10:50 USDC-ORP

| UNITED STATES COURT | ) | CASE NUMBER # 3:11-CR-274-HA. |
|---|---|---|
|  | ) | NOTICE OF APPEAL, IN THE ABOVE MENTIONED |
|  | ) | CASE NUMBER. |
| V. | ) | [ THIS APPEAL ADDRESSES THE ILLEGALITY |
|  | ) | OF THE SENTENCE; COERCION, LACK OF |
| Steven Avery | ) | JURISPRUDENCE. ] [ INEFFECTIVE CO-COUNSEL. ] |

++++++++++++++++++++++    )    +++++++++++++++++++++++++++++++++++++++++++++

→ Comes now Steven in Propia Persona, and give notice to the above mentioned Court, the intent to file an Appeal in the abovementioned case number, and make note that all Parties concerned be given actual and construtive notice of said pending intent. It is My understanding that I Am within the the thirteen days to file such notice so I beleive that I am in compliance with said Notice.

Typo: 'Avery' follow Steven:

Respectfully Submitted

_Steven Avery_
/Steven Avery

ATTENTION TO THE UNITED STATES DISTRICT
CLERK OF THE COURT

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT I <u>Steven Avery</u>, DID SERVE UPON THE Clerk Of Court, and requested said Clerk electronically serve Notice to the Following Parties with a Copy of said Notice of Appeal in the Case Number 3:11-CR-274-HA. and that said was mailed through the United States Postal Service on this said certain day, reflected below.

Febuary /1-2013

Respectfully Submitted

*[signature]*
Steven Avery

FOLLOWING PARTIES:
UNITED STATES ASST. ATTORNEY OF RECORD;
APPOINTED CO-COUNSEL
AND THE PRESIDING JUDGE.